# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

CONNIE MARIE PEREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2866
_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.